

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00094-CR

_____

KORY ALLEN BATTIEST, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 28050

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Court reporter Terry Spangler recorded the trial court proceedings in appellate cause number 06-19-00094-CR, styled *Kory Allen Battiest v. The State of Texas*, trial court cause number 28050 in the 6th Judicial District Court of Lamar County, Texas. The reporter's record was originally due June 24, 2019. The record has not been filed, and Spangler has not requested an extension of the filing deadline, even after receiving email correspondence from this Court inquiring about the status of the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Spangler to file the reporter's record in cause number 06-19-00094-CR, styled *Kory Allen Battiest v. The State of Texas*, trial court cause number 28050 in the 6th Judicial District Court of Lamar County, Texas, to be received no later than July 24, 2019.

If the reporter's record is not received by July 24, we warn Spangler that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: July 3, 2019